**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00173-CV

**HICKS ACQUISITION COMPANY II INC., Appellant**

**V.**

**R.R. DONNELLEY & SONS COMPANY, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03679-CV**

## ORDER

By joint motion filed April 3, 2014, the parties inform us that they have settled the claims at issue and move for a stay of the appeal so that they may finalize the settlement documents. We **GRANT** the motion, **ABATE** the appeal, and **ORDER** the parties to submit either a status report or motion to dismiss the appeal within thirty days of the date of this order. The appeal shall be reinstated May 12, 2014 or upon the parties' filing of the status report or motion to dismiss, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
        JUSTICE